UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JASSON KODY WEATHERS,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>                Defendants. | No. 1:19-CV-00201-H |

### JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated January 4, 2022.

*/s/ James Wesley Hendrix*
JAMES WESLEY HENDRIX
United States District Judge